IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLENA WILLIAMS and
DENNIS WILLIAMS,

       Plaintiffs,

v.                                                            CV 14-458 KG/WPL

THE CITY OF ALBUQUERQUE,

       Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. After the parties successfully reached an agreement to settle this case at the settlement conference, I entered an order on June 9, 2015, requiring the parties to file closing documents July 9, 2015. (Doc. 37.) On July 13, 2015, I granted an unopposed motion to extend the deadline to submit closing documents by July 16, 2015. (Doc. 41.) As of the date of this order, closing documents have not been filed nor have the parties sought an extension of time to do so.

IT IS THEREFORE ORDERED that closing documents be filed by **July 27, 2015**, or both parties shall show cause in writing as to why they should not be sanctioned for violation of the Court's order.

                                                                                                  *William P. Lynch*
                                                                      William P. Lynch
                                                                   United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.