**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JOLENA WILLIAMS and
DENNIS WILLIAMS,

      Plaintiffs,

v.                                    CV 14-458 KG/WPL

THE CITY OF ALBUQUERQUE,

      Defendant.

**ORDER QUASHING ORDER TO SHOW CAUSE**

On July 21, 2015, I entered an Order to Show Cause (Doc. 42), requiring the parties to submit closing documents no later than July 27, 2015, or to show cause in writing why they should not be sanctioned for violation of the Court's order. It now appearing that that the parties have submitted closing documents, the Order to Show Cause is quashed.

IT IS SO ORDERED.

_William P. Lynch_
_____
William P. Lynch
United States Magistrate Judge