UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLENA WILLIAMS, and
DENNIS WILLIAMS,

    Plaintiffs,

vs.                                                                            No. 1:14-CV-00458 KG/WPL

CITY OF ALBUQUERQUE,

    Defendant.

## ORDER OF DISMISSAL

**THIS MATTER** having come before the Court on the parties' Joint Motion to Dismiss Plaintiffs' Complaint, and the Court being fully advised in the premises,

**FINDS** that good cause exists for the entry of an order dismissing Plaintiffs' Complaint based upon the agreement of the parties.

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED**: Plaintiffs' Complaint is hereby dismissed with prejudice.

_____
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED AND AGREED TO BY:**

CITY OF ALBUQUERQUE
Jessica M. Hernandez, City Attorney


/s/ Trisha A Walker
Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500
*Attorney for Defendant City of Albuquerque*


**AGREED TO BY:**

Approved on July 16, 2015
Paul J. Kennedy
Justine Fox Young
Paul Kennedy & Associates, P.C.
201 12th Street NW
Albuquerque NM 87102
505-842-8662
*Attorneys for Plaintiff*